■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSEPH GARRETT, Appellant. [612 NYS2d 896] —Application by the appellant *pro se* for a writ of error coram nobis to vacate a decision and order of this Court dated December 1, 1986 *(People v Garrett,* 125 AD2d 329), affirming a judgment of the Supreme Court, Queens County (Zelman, J.), rendered December 20, 1982, on the ground of ineffective assistance of appellate counsel.

Ordered that the application is denied.

The defendant has failed to establish that he was denied the effective assistance of appellate counsel *(see, Jones v Barnes,* 463 US 745). Mangano, P. J., Thompson, Bracken and Sullivan, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RONALD HUGHES, Appellant. [612 NYS2d 896] —Appeal by the defendant from a judgment of the County Court, Nassau County (Thorp, J.), rendered March 13, 1992, convicting him of murder in the second degree, and criminal possession of a weapon in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence adduced at trial in the light most favorable to the People *(see, People v Contes,* 60 NY2d 620, 621), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. The record establishes that the justification defense was disproved beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence *(see,* CPL 470.15 [5]).

The sentence imposed was not excessive *(see, People v Suitte,* 90 AD2d 80).

The defendant's remaining contentions are unpreserved for appellate review or without merit. Balletta, J. P., Ritter, Copertino and Goldstein, JJ., concur.